IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HOWARD JOHNSON                                                             PLAINTIFF

V.                              Case No. 3:11-CV-03008

JOHN MONTGOMERY, Individually and in his
official capacity as Sheriff of Baxter County, Arkansas;
RANDY WEAVER, Individually and in his official
capacity as Jail Administrator of the Baxter
County Detention Center; JOHN DOES 1-4,
Individually and in their official capacities                      DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' Joint Motion to Dismiss (Doc. 18).

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' Joint Motion (Doc. 18) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this order.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 6th day of July, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE